**Sherry McDANIEL, Plaintiff–Appellant**

v.

**KRAFT GLOBAL FOODS, Defendant–Appellee.**

No. 15–2275.

United States Court of Appeals, Eighth Circuit.

Feb. 1, 2016.

Sherry McDaniel, Springfield, MO, pro se.

Jonathan M. Linas, Jennifer W. Plagman, Jones Day, Chicago, IL, Brian M. Jorgensen, Jones Day, Dallas, TX, for appellee.

Before WOLLMAN, ARNOLD, SMITH, Circuit Judges.

PER CURIAM.

Sherry McDaniel appeals after the district court[1] dismissed her Title VII com-

1. The Honorable M. Douglas Harpool, United          States District Judge for the Western District

plaint as barred by the statute of limitations. Upon de novo review, we conclude that the dismissal was proper, as McDaniel's own filings showed that she brought her lawsuit more than ninety days after receiving a right-to-sue notice from the Equal Employment Opportunity Commission, and tolling of the limitations period was not warranted. *See* 42 U.S.C. § 2000e–5(f)(1) (setting forth 90–day limitations period); *Richter v. Advance Auto Parts, Inc.*, 686 F.3d 847, 851 (8th Cir. 2012) (explaining application of statute of limitation); *Garfield v. J.C. Nichols Real Estate*, 57 F.3d 662, 666 (8th Cir.1995) (discussing equitable tolling); *see also Schaaf v. Residential Funding Corp.*, 517 F.3d 544, 549 (8th Cir.2008) (de novo standard of review).

Accordingly, we affirm. *See* 8th Cir. R. 47B.

---

1. The Honorable Ortrie D. Smith, United States District Judge for the Western District of Missouri.